No. 81–336.   CONSOLIDATED RAIL CORP. ET AL. *v.* INTER-STATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir. Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–559.   BLUEMLE *v.* N. K. PARRISH, INC.   C. A. 5th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.